PS 42
(Rev. 7/93)

# United States District Court

Western District of Wisconsin

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs. | ) |
| Jennifer Marie Schoenfeldt | ) |
| | ) Case No. 0758 3:14CR00034-002 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Jennifer Marie Schoenfeldt__, have discussed with __Melissa Lach__, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

Defendant shall undergo an Alcohol and Other Drug Assessment at the direction of the Pretrial Services Office and comply with any instructions or directions given by the Pretrial Services Office as a result of the assessment.

Defendant shall participate in mental health assessment/treatment/counseling as approved and directed by the Pretrial Services Office. Defendant shall follow all treatment directives and take any medication prescribed by defendant's treatment provider, as approved by the Pretrial Services Office. Defendant shall waive any patient-provider privilege as to this process so that the Pretrial Services Office may oversee it properly. Defendant is responsible for obtaining funding for any required treatment, counseling or medications, with assistance from the Pretrial Services Office.

I consent to this modification of my release conditions and agree to abide by this modification.

_Jennifer Schoenfeldt_ 6-18-14        _[signature]_ 6/18/14
Signature of Defendant      Date      Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                                 6/20/14
Signature of Defense Counsel                                 Date

☑ The above modification of conditions of release is ordered, to be effective on __6/21/14__.
☐ The above modification of conditions of release is *not* ordered.

_Barbara B. Crabb_                                          6/20/14
Signature of Judicial Officer                                Date